PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY M. SAX, | ) | |
| | ) | CASE NO. 3:15CV2495 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| JASON BUNTING, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** |

Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The Court referred the case to Magistrate Judge Thomas M. Parker for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).[1] The Magistrate Judge submitted a Report (ECF No. 7) recommending that the Court dismiss the Petition, as Petitioner's claims are procedurally defaulted. ECF No. 7 at PageID #: 437.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within fourteen days after service. *See also* . ECF No. 7 at PageID #: 438 (instructing parties to file any objections within fourteen days). No objections have been filed, evidencing satisfaction with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human*

---

[1] The case was originally referred to Magistrate Judge Gerg White, but, upon his retirement, the reference was withdrawn, and the case was referred to Magistrate Judge Parker, pursuant to General Order 2016-3.

(3:15CV2495)

*Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation and dismisses Petitioner's Petition, in its entirety. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    IT IS SO ORDERED.

|  August 21, 2017  |  */s/ Benita Y. Pearson*  |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |